UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Andy H. Uribe, Sr.

Case No. 17-52731

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 11/30/17        PETITION DATE: 11/10/17

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $13,530 | | |
| b. Total Assets | $1,313,650 | | $1,315,122 |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $1,440,689 | | $1,453,484 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $5,225 | | $0 |
| b. Total Disbursements | $2,815 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,410 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $2,410 | $0 | $0 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | | |
| 6. Post-Petition Liabilities | $0 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | | |

At the end of this reporting month:                                                                 Yes      No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)          ___   x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)          x   ___
10. If the answer is yes to 8 or 9, were all such payments approved by the court?          x   ___
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)          ___   x
12. Is the estate insured for replacement cost of assets and for general liability?          x   ___
13. Are a plan and disclosure statement on file?          ___   x
14. Was there any post-petition borrowing during this reporting period?          ___   x

15. Check if paid: Post-petition taxes  x ;   U.S. Trustee Quarterly Fees ___ ;   Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  12/20/2017 0:00

Responsible Individual

Case: 17-52731   Doc# 34   Filed: 12/20/17   Entered: 12/20/17 14:43:06   Page 1 of 8

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended  11/30/17

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) |  | $6,340 |
| 2 | Accounts receivable (net) |  |  |
| 3 | Retainer(s) paid to professionals |  | $7,190 |
| 4 | Other: |  |  |
| 5 |  |  |  |
| 6 | **Total Current Assets** |  | $13,530 |
|  | **Long Term Assets (Market Value)** |  |  |
| 7 | Real Property (residential) |  | $1,250,000 |
| 8 | Real property (rental or commercial) |  |  |
| 9 | Furniture, Fixtures, and Equipment | x | $10,000 |
| 10 | Vehicles | x | $30,120 |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations | x | $10,000 |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans |  |  |
| 15 | Other: |  |  |
| 16 |  |  |  |
| 17 | **Total Long Term Assets** |  | $1,300,120 |
| 18 | **Total Assets** |  | $1,313,650 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  |  |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  |  |
| 23 | Other: |  |  |
| 24 |  |  |  |
| 25 | **Total Current Liabilities** |  | $0 |
| 26 | **Long-Term Post Petition Debt** |  |  |
| 27 | **Total Post-Petition Liabilities** |  | $0 |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 28 | Secured claims (residence) |  | $1,275,423 |
| 29 | Secured claims (other) |  |  |
| 30 | Priority unsecured claims |  | $18,260 |
| 31 | General unsecured claims |  | $147,006 |
| 32 | **Total Pre-Petition Liabilities** |  | $1,440,689 |
| 33 | **Total Liabilities** |  | $1,440,689 |
|  | **Equity (Deficit)** |  |  |
| 34 | **Total Equity (Deficit)** |  |  |
| 35 | **Total Liabilities and Equity (Deficit)** |  | $1,440,689 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 575 Highland Ave. San Martin | | |
| 2 | Scheduled Gross Rents | $2,750 | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $2,750 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $2,750 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Bank of West | Bank of West | Bank of West |
|    |      | Andy's Welding DIP | Rental DIP | Personl DIP |
| 11 | Account No. | 1745 | 1182 | 879 |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | $12 | $1,250 | $25 |
| 14 | Total Funds on Hand for all Accounts | $1,287 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  11/30/17

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $2,750 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | salary from Ricky's grill | $1,500 | |
| 8 | Andy's welding sales | $975 | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $5,225 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Utilities | $850 | |
| 33 | Food, dining out, laundry | $800 | |
| 34 | Medical and dental expenses | $90 | |
| 35 | Transportation (Gas vehicle maintenance insurance etc | $825 | |
| 36 | Personal expenses & entertainment | $250 | |
| 37 | **Total Cash Disbursements:** | $2,815 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $2,410 | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $2,410 | $0 |



P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

November 21, 2017 - November 30, 2017

Page **1** of **4**



>014105 8171240 0001 008230 10Z
ANDY HUESO URIBE SR. DBA
ANDY'S WELDING SHOP
DEBTOR IN POSSESSION
575 HIGHLAND AVE
SAN MARTIN CA 95046-9426

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY/TDD

## Security Center

Stay informed. Visit the Bank of the West Security Center for tips and information on financial scam awareness at bankofthewest.com/security.

Remember to confirm your email during your next branch visit or call our Contact Center at 800-488-2265. Our emails keep you educated about our services, products and more.

## CLASSIC BUSINESS CHECKING  051-551745

ANDY HUESO URIBE SR. DBA
ANDY'S WELDING SHOP
DEBTOR IN POSSESSION

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
|---|---:|---|---:|
| **Beginning Balance** | **$0.00** | Interest this statement period | $0.00 |
| 1 Credits | 112.42 | Interest credited year-to-date | $0.00 |
| 0 Deposits | 0.00 | Annual percentage yield earned | 0.00% |
| 1 Withdrawals | -100.00 | Average monthly balance | $72.42 |
| 0 Checks | 0.00 | | |
| **Ending Balance** | **$12.42** | | |

For your protection:
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name Bank of the West California.






## CLASSIC BUSINESS CHECKING xxx-xx1745 (continued)

### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 11/21 | $112.42 | TRANSFER TRANSFER FROM CHECKING 48718399 - IN PERSON |

**1 credit for a total of $112.42**

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 11/27 | $100.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5685 |

**1 withdrawal for a total of $100.00**

 



# Account Statement

## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
(For accounts that are maintained primarily for personal, family or household purposes.)



Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

bankofthewest.com     1-800-488-2265     1-800-659-5495 TTY/TDD




This space intentionally left blank.

Case: 17-52731   Doc# 34   Filed: 12/20/17   Entered: 12/20/17 14:43:06   Page 8 of 8