| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Kelly M. Raftery, Esq. SBN 249195 |
| 3 | McCarthy & Holthus, LLP |
| | 1770 Fourth Avenue |
| 4 | San Diego, CA 92101 |
| 5 | Phone (877) 369-6122 |
| | Fax (619) 685-4811 |
| 6 | kraftery@mccarthyholthus.com |

Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY2, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 17-52731 MEH |
| Andy Hueso Uribe, Sr., aka Andres Hueso Uribe, | Chapter 11 |
| Debtor. | |
| | **NOTICE OF MOTION TO APPROVE STIPULATION FOR ADEQUATE PROTECTION PAYMENTS AND PLAN TREATMENT ON FIRST LIEN SECURED BY REAL PROPERTY LOCATED AT 575 HIGHLAND AVENUE, SAN MARTIN, CA 95046** |
| | [no hearing] |
| | Judge: M. Elaine Hammond |

TO: Debtor, Andy Hueso Uribe, Sr.; United States Trustee; Debtor's Attorney of Record, Paul Seabrook; and Other Interested Parties:

NOTICE IS HEREBY GIVEN that U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY2, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. ("Secured Creditor") and Andy Hueso Uribe, Sr. ("Debtor"), by and through their attorneys of record have agreed to adequate protection and Chapter 11 Plan treatment for Secured Creditor's lien on the Subject Property. The terms of this agreement are attached to this motion as **Exhibit 1**.

Notice is being provided pursuant to Bankruptcy Rules 9014 and Local Rule 4001(d) and the procedures are as follows: Any objection to the requested relief, or a request for hearing on the matter must be filed with the Clerk of the U.S. Bankruptcy Court at 280 First St., San Jose, CA 95113 and served on Secured Creditor and Debtor's attorney within fourteen (14) days of mailing the notice. If an objection is timely filed and served, Secured Creditor or Debtor's Attorney must schedule a hearing on the motion and the objection, to be heard on not less than seven (7) day notice to the objecting party. Respondent is not required to but may file responsive pleading, Points & Authorities and Declaration for any hearing. Any such response shall be filed and served at least three (3) days prior to the hearing, although oral opposition may be presented at the hearing which must be concluded no later than thirty (30) days after the Petition date. If there is not a timely objection to the requested relief or a request for the hearing, the court may enter an order granting the relief by default.

Dated: 12/29/2017　　　　　　　　　　　　　　McCarthy & Holthus, LLP

By: /s/ Kelly M. Raftery
Kelly M. Raftery, Esq.
Attorney for Secured Creditor,
U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY2, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.