Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ANDY H. URIBE, SR.

                Debtor(s)

Case No.: 17-52731 MEH

CHAPTER 11

STATUS CONFERENCE STATEMENT

Hearing Date: February 15, 2018
Hearing Time: 10:30 a.m.

Location: Courtroom 3020, 280 S. First St., San Jose, CA 95113

Judge: Honorable M. Elaine Hammond

Comes now Andy H. Uribe, Sr. Debtor-in-possession in the above-referenced proceeding referred to herein as ("Debtor") respectfully submits the herein status conference statement.

**BACKGROUND**

Debtor filed the herein petition on November 10, 2017 to obtain bankruptcy protection and stay the foreclosure of his primary residence located at 575 Highland Avenue, San Martin, CA 95046. The property is encumbered by a first and second mortgage. The First Deed of Trust is held by Select Portfolio Servicing, Inc. and the second is a home equity line of credit

1

STATUS CONFERENCE STATEMENT
Case: 17-52731   Doc# 42   Filed: 02/01/18   Entered: 02/01/18 12:27:12   Page 1 of 3

with Bank of America. Debtors intends to cure the mortgage arrears owed to Select Portfolio Servicing, Inc. through his Chapter 11 plan and strip the lien held by Bank of America, N.A.

## IDI AND 341 MEETING

The IDI and 341 meeting of creditors were concluded.

## MONTHLY OPERATING REPORTS

Debtor filed his first Monthly Operating Report timely in December. Debtor is currently working on the monthly operating report for the month of December and January, 2018 and expects to have said reports filed within the week.

## MOTIONS FILED AND WITHDRAWN

Debtor filed a Motion to Value Collateral and Avoid Junior Lien held by Bank of American, N.A. and Notice and Opportunity for hearing on January 25, 2018. If no opposition is timely filed, Debtor will request an Order to Value Collateral and Avoid Junior Lien upon the expiration of the noticing period.

Debtor withdrew his Motion to Use Cash Collateral (docket number 30), filed on December 20, 2017 on February 1, 2018. Upon review of the Deed of Trust, Debtor found there is not an Assignment of Rents provision necessitating the need to obtain approval to use cash collateral. Furthermore, Debtor entered into a Stipulation with U.S. Bank for Adequate Protection Payments and Plan Treatment on First Lien Secured by real property wherein no request for such protection was addressed (docket no. 36). The Order Granting Motion to Approve Stipulation was signed on January 22, 2018.

# **DISCLOSURE STATEMENT AND PLAN**

Debtor is working on a Disclosure Statement and Plan and expects to have same filed within the week.

Respectfully Submitted

Dated: February 1, 2018

                                  _____*/s/* Paul Seabrook_____
                                            Paul Seabrook
                                            Attorney for Debtors