1  Paul S. Seabrook - SBN: 296286
   Seabrook Law Offices
2  2055 Junction Ave. Ste. 138
   San Jose, CA 95131
3  Ph: 408-879-9039
   E-mail: bankruptcy@seabrooklawoffices.com
4
5  Attorney for Debtor(s)
   ANDY H. URIBE, SR.
6

7

8              UNITED STATES BANKRUPTCY COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 | In Re:                          | Case No.:  17-52731 MEH

13 | ANDY H. URIBE, SR.              | CHAPTER 11

14 |                                 | **STATUS CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE**

15 |

16 |          Debtor(s).            | Hearing Date:  August 16, 2018
   |                                 | Hearing Time:  10:30 a.m.
17 |                                 | Location:  Courtroom 3020, 280 S. First St., San Jose, CA 95113

18 |                                 | Judge:  Honorable M. Elaine Hammond

19

20

21

22        Comes now Andy H. Uribe, Sr. Debtor-in-possession in the above-referenced proceeding

23 referred to herein as ("Debtor") respectfully submits the herein status conference statement.

24                              **BACKGROUND**

25        Debtor filed the herein petition on November 10, 2017 to obtain bankruptcy protection and

26 stay the foreclosure of his primary residence located at 575 Highland Avenue, San Martin, CA

27 95046.   The property is encumbered by a first and second mortgage.  The First Deed of Trust is held

28 by Select Portfolio Servicing, Inc. and the second is a home equity line of credit with Bank of

- 1 -

STATUS CONFERENCE STATEMENT

America. Debtors intends to cure the mortgage arrears owed to Select Portfolio Servicing, Inc.

through his Chapter 11 plan and strip the lien held by Bank of America, N.A.  On July 12, 2018,

several issues remain that require an Amended Plan to be filed.  As of this date, the Debtor has been

unable to provide the necessary information to amend the plan.  This will be completed as soon as

possible.

## REQUEST FOR CONTINUANCE

Debtor has been unable to complete what is necessary to confirm his Plan.  Debtor's attorney

has been ill and out of town.  Debtor's attorney anticipates making progress on this case within the

next week.

Respectfully Submitted

Dated:  August 2, 2018

_____ /s/ Paul Seabrook_____
Paul Seabrook
Attorney for Debtor(s)

- 2 -

STATUS CONFERENCE STATEMENT